Richard F. Scotti, Esq.
Nevada Bar No.: 004744
r.scotti@hkj-law.com
KEMP, JONES & COULTHARD
3800 Howard Hughes Parkway, 17th Fl.
Las Vegas, Nevada 89169
Tel. (702) 385-6000
*Attorneys for Richard F. Scotti*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE<br><br>DONALD R. GRISLEY; SONIA D. GRISLEY,<br><br>Debtors. | Case Number: 10-22371-LBR-7<br><br>CHAPTER: 7 |

### REQUEST FOR SPECIAL NOTICE

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR, THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES OF INTEREST.

I request that all notices given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following address and telephone number:

Richard F. Scotti, Esq.
Nevada Bar No.: 004744
r.scotti@hkj-law.com
KEMP, JONES & COULTHARD
3800 Howard Hughes Parkway, 17th Fl.
Las Vegas, Nevada 89169
Tel. (702) 385-6000

DATED: July 20, 2010

_____
RICHARD F. SCOTTI

## **CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that on the 3rd day of August, 2010, the foregoing REQUEST FOR SPECIAL NOTICE was served via the EMCS electronic filing service on the following person(s):

>Layne F. Barney, Esq.
>3440 West Cheyenne Ave., Suite 500
>North Las Vegas, NV 89032
>*Attorneys for Donald and Sonia Grisley*

I further certify that on the 3rd day of August, 2010, the foregoing REQUEST FOR SPECIAL NOTICE was served on the following person(s) by mailing a copy thereof, first class mail, postage prepaid, to:

>Joseph B. Atkins
>5030 Paradise Road, Suite B-213
>Las Vegas, NV 89119
>*Trustee*
>
>U.S. Trustee - LV-7
>300 Las Vegas Blvd., So., Suite 4300
>Las Vegas, NV 89101

*/s/ Melody Howard*
An employee of Kemp, Jones & Coulthard